AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| FREEPLAY MUSIC, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No.  :24-cv-05072-NRM-JAM |
| ACTIVE INTEREST MEDIA HOLDCO, INC., ACTIVE INTEREST MEDIA INC., and SAIL MAGAZINE, | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Active Interest Media Holdco, Inc.
  c/o The Corporation Trust Company
  Corporation Trust Center
  1209 Orange Street
  Wilmington, DE 19801


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Abrams Fensterman, LLP
  Seth L. Berman, Esq.
  3 Dakota Drive, Suite 300
  Lake Success, New York 11042


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date:  07/23/2024

*s/Kimberly Davis*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| FREEPLAY MUSIC, LLC, | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  :24-cv-05072-NRM-JAM |
| | ) | |
| ACTIVE INTEREST MEDIA HOLDCO, INC., ACTIVE INTEREST MEDIA INC., and SAIL MAGAZINE, | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Active Interest Media, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Abrams Fensterman, LLP
Seth L. Berman, Esq.
3 Dakota Drive, Suite 300
Lake Success, New York 11042


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date:  07/23/2024

*s/Kimberly Davis*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| FREEPLAY MUSIC, LLC,<br><br>*Plaintiff(s)*<br>v.<br><br>ACTIVE INTEREST MEDIA HOLDCO, INC., ACTIVE<br>INTEREST MEDIA INC., and SAIL MAGAZINE,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.  :24-cv-05072-NRM-JAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sail Magazine
2143 Grand Avenue
Des Moines, IA 50312

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Abrams Fensterman, LLP
Seth L. Berman, Esq.
3 Dakota Drive, Suite 300
Lake Success, New York 11042

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 07/23/2024

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*